SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WEI WANG, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, as Director of the U.S. Citizenship and Immigration Services; DAVID N. STILL, as District Director of the U.S. Citizenship and Immigration Services for San Francisco, California; ROBERT S. MUELLER, III, as Director of the Federal Bureau of Investigation; <br><br> Defendants. | No. C 07-0124 EMC <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485). The parties also request that the Court vacate the hearing scheduled for July 25, 2007 on Defendants' motion to dismiss.

    Each of the parties shall bear their own costs and fees.

///

1 | Dated: July 6, 2007 | Respectfully submitted,
2 | | SCOTT N. SCHOOLS
  | | United States Attorney
3 |
4 |
5 | | _____/s/_____
  | | ILA C. DEISS
  | | Assistant United States Attorney
6 | | Attorney for Defendants
7 |
8 | Dated: July 6, 2007 | _____/s/_____
  | | WEI WANG
9 | | *Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 9, 2007

EDWARD M. CHEN
United States Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen

Stipulation to Dismiss
C07-0124 EMC                                   2